**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| PHILLIP SMITH | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:14-cv-00483-JAD-NJK |
| f.n.u. Collins Warden | ) | |
| and | ) | |
| ATTORNEY GENERAL FOR THE STATE OF NEVADA, | ) | **ORDER** |
| Respondent | ) | |

Robert W. Story, Esq. having advised the court that a conflict exists in representing petitioner, and good cause appearing;

**IT IS FURTHER ORDERED** that Chris Arabia, 601 S. 10th St., Suite 107, Las Vegas, NV 89101, is appointed as counsel for petitioner for all future proceedings.

Dated: January 25, 2016.

_____
Jennifer A. Dorsey, District Judge
United States District Court