**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| PHILLIP SMITH, | ) |
|                 Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLLINS, et al, | ) |
| | ) |
|                 Respondents. | ) |

**AMENDED ORDER**

2:14-cv-00483-JAD-NJK

Before this Court for review  are Petitioner Phillip Smith's  Motion to Withdraw as Attorney (doc. 27) and Motion for Appointment of Counsel (doc. 29). The court having read and reviewed the motions and good cause appearing, they are hereby GRANTED.

**IT IS FURTHER ORDERED** that Chris Arabia, 601 S. 10th St., Suite 107,  Las Vegas, NV 89101, is appointed as counsel for petitioner for all future proceedings.

Dated:  January 25, 2016.
Nunc Pro Tunc Date: January 22, 2016.

_____
Jennifer A. Dorsey, District Judge
UNITED STATES DISTRICT COURT