# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Phillip Smith,<br><br>    Petitioner<br><br>v.<br><br>FNU Collins, et al.,<br><br>    Respondents | 2:14-cv-0483-JAD-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF 33] |

On February 3, 2016, I gave petitioner until March 2, 2016, to advise how he wishes to proceed in light of his unexhausted claims. ECF 32. Petitioner, through counsel, moves to extend that deadline by 60 days because counsel was only just appointed, and his initial review of the file "indicates a high level of complexity." ECF 33.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's unopposed motion for extension of time to advise the court how petitioner will proceed **[ECF 33] is GRANTED.** Petitioner's March 2, 2016, deadline [ECF 32] is extended to May 2, 2016.

Dated this 22nd day of February, 2016

_____
Jennifer A. Dorsey
United States District Judge