## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SMITH, | Case No.: 2:14-cv-00483-JAD-NJK |
| Petitioner | |
| v. | **ORDER** |
| F.N.U. COLLINS, et al., | [ECF Nos. 52, 56] |
| Respondents | |

This 28 U.S.C. § 2254 habeas matter comes before the court on counsel for petitioner Phillip Smith's motion to withdraw (ECF No. 52). Counsel explains that he has been elected District Attorney of Nye County, Nevada. Good cause appearing, the motion to withdraw is granted.

The court's Criminal Justice Act designee has located counsel who is willing to be appointed to represent petitioner herein:

Mark Eibert
P.O. Box 1126
Half Moon Bay, CA 94109
650-638-2380

Mr. Eibert is thus appointed as substitute counsel for petitioner in place of Chris Arabia for all future proceedings.

Mr. Eibert filed a motion for extension of time/request for scheduling order (ECF No. 56). He seeks time to determine whether an amended petition should be filed. However, Eibert is the third lawyer appointed to represent petitioner in this matter, which was filed in 2014. Previous counsel filed a second-amended petition, and a motion to dismiss as well as a motion

for stay have been litigated. In fact, the second-amended petition stands fully briefed for a decision on the merits. Therefore, the motion for scheduling order is denied.

**IT IS THEREFORE ORDERED** that counsel Chris Arabia's motion to withdraw as attorney **(ECF No. 52) is GRANTED**.

**IT IS FURTHER ORDERED** that **Mark Eibert, Esq. is appointed to represent petitioner Smith.** Mr. Eibert is a Criminal Justice Act (CJA) panel attorney for the United States District Court, District of Nevada. Mr. Eibert will represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom under 18. U.S.C. Section 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time re scheduling order **(ECF No. 56) is DENIED.**

Dated: March 5, 2019

_____
Jennifer A. Dorsey
U.S. District Judge